UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H., by and through his Guardian Ad Litem, ALEJANDRO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER DAVIS HOSPITAL; BETHELEN JOHNSON, M.D.; UNITED STATES,<br><br>Defendants. | No.  2:15-cv-00813-MCE-KJN<br><br><br>**NON-RELATED CASE ORDER** |
| G.H., by and through his Guardian Ad Litem, ALEJANDRO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, SUTTER HEALTH SACRAMENTO SIERRA REGION dba SUTTER DAVIS HOSPITAL,<br><br>Defendants. | No.  2:15-cv-01946-WBS-CKD |

The Court has received the Notice of Related Cases filed on January 20, 2016. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

1  This order is issued for informational purposes only, and shall have no effect on
2  the status of the cases, including any previous Related (or Non-Related) Case Order of
3  this Court.
4  IT IS SO ORDERED.
5  Dated:  February 4, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT