1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12  **G.H.**, *by and through his Guardian ad Litem*          Case No. 2:15-CV-01946 WBS CKD
    *Alejandro Hernandez,*

13                  Plaintiff,

14          v.                                          <u>**ORDER OF REASSIGNMENT**</u>

15  UNITED STATES OF AMERICA, et al.,

16

17                  Defendants.

18

19          Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a

20  United States Magistrate Judge."   See 28 U.S.C. § 636(c).   According to E.D. Cal. R. 305, both the

21  district court judge assigned to the case and the magistrate judge must approve the reference to the

22  magistrate judge.

23          The undersigned has reviewed the file herein and recommends that the above-captioned case

24  be assigned and referred to the magistrate judge for all further proceedings and entry of final

25  judgment.

26                                      Page **1** of **2**

27

28

1       IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable

2   Carolyn K. Delaney.   The parties shall take note that all documents hereafter filed with the Clerk of

3   the Court shall bear case number 2:15-CV-01946 CKD.   Any currently scheduled dates presently set

4   before Judge Shubb are hereby VACATED.

5

6   Dated:   April 26, 2016

7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

8

9

10      Having also reviewed the file, I accept reference of this case for all further proceedings and

11  entry of final judgment.

12

13  Dated:   April 26, 2016

14  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26  Page **2** of **2**

27

28