UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H., | No. 2:15-cv-1946 CKD |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This matter came on for status conference before the undersigned on August 31, 2016. Michelle Jenni appeared for plaintiff.[1] Chi Soo Kim appeared for defendant United States of America. Norman Prior appeared for defendant Sutter Health Sacramento Sierra Region. Upon review of the docket and discussion of counsel, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Although plaintiff submitted a proposed order for appointment of guardian ad litem on September 14, 2015 (ECF No. 3), that order was never approved by the District Court and plaintiff's counsel has taken no steps to ensure that a guardian ad litem was properly appointed in this action. The proposed guardian ad litem, Alejandro Hernandez, does not appear to be able to

---

[1] Plaintiff's counsel failed to secure the attendance at the status conference of plaintiff's father, as previously ordered by the Court. Counsel's representation that she had not read the order in a timely fashion is unacceptable. Counsel is cautioned that further unprofessional conduct of this nature will result in the imposition of sanctions.

1  properly represent the interests of the plaintiff.  Accordingly, within fourteen days, plaintiff's
2  counsel shall propose an alternative guardian ad litem.
3      2.  This action is stayed for thirty days.  During that time, plaintiff's parents may consult
4  with other attorneys and/or medical personnel regarding the merits of this case.  If a dismissal is
5  not filed within the thirty day time period, the stay will be lifted and the case will be scheduled.
6      3.  The dates set forth in the April 28, 2016 scheduling order are vacated.
7      4.  Within five days of the date this order is filed, plaintiff's counsel shall serve a copy of
8  this order on plaintiff's parents and shall file a proof of service with the court reflecting said
9  service.  Plaintiff's parents are advised that if plaintiff's counsel is permitted to withdraw from
10 this matter, new counsel will have to be obtained within thirty days of the withdrawal or the case
11 will be dismissed.  Plaintiff's parents are further advised that defendants' costs in defending this
12 action may be imposed on plaintiff if defendants prevail in this action.
13 Dated:  September 1, 2016

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16 4 gh-usa1946.oas