UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:15-cv-1946 CKD<br><br>ORDER TO SHOW CAUSE |

This action was filed on September 14, 2015. Although a petition for appointment of guardian ad litem was filed concurrently with the complaint, a guardian ad litem has not yet been approved. By order filed September 1, 2016, plaintiff's counsel was directed to propose an alternative guardian ad litem within fourteen days. The court noted that the proposed guardian ad litem, Alejandro Hernandez, did not appear to be able to properly represent the interests of the plaintiff. Belatedly, on September 26, 2016, plaintiff's counsel submitted a petition for appointment of guardian ad litem, again proposing Alejandro Hernandez as the guardian ad litem. The court finds that the proposed guardian has made an inadequate showing of competency to represent the interest of the minor plaintiff. The court also notes that, as has been ongoing for almost a year, the proposed guardian indicates an intent to dismiss this case but no proposed dismissal has been filed.

/////

1

This matter may not proceed without appointment of a guardian ad litem and it appears that counsel's efforts, if any, to secure an alternative guardian ad litem have been unavailing.

Accordingly, IT IS HEREBY ORDERED that no later than October 14, 2016, plaintiff shall show cause why this action should not be dismissed with prejudice for failure to prosecute.

Dated: September 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gh-usa1946.osc