UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H.,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | No.  2:15-cv-1946 CKD<br><br><br>ORDER |

Plaintiff has filed a response to the order to show cause.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 36) is discharged.

2. The petition for appointment of Alejandro Hernandez as guardian ad litem (ECF No. 35) is granted.

3. Pursuant to the stipulation of the parties (ECF No. 38), this action is dismissed with prejudice.  The Clerk of Court is directed to close this case.

Dated:  October 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gh-usa1946.dis

1